**In the Matter of Charles S. MORROW.**

**No. 753, Disciplinary Docket No. 2—Supreme Court.**
**No. 132 DB 88 Disciplinary Board.**

Supreme Court of Pennsylvania.

April 17, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 17th day of April, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 19, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David J. STEINBERG, Respondent.**

**No. 203 Disciplinary Docket No. 3.**
**Disciplinary Board No. 27 DB 96.**

Supreme Court of Pennsylvania.

April 17, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 1996, there having been filed with this Court by David J. Steinberg his verified Statement of Resignation dated February 28, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of David J. Steinberg be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.